UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-114-F2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DEVON ERIC SMITH, ) | |
| Defendant. ) | |

This matter is before the court on the Defendant's Motion to Issue Subpoena for Trial [DE-74]. Based on the representations to the court in the Defendant's Motion and pursuant to Federal Rule of Criminal Procedure 17 and 18 U.S.C. § 3006A, the defendant's motion is ALLOWED. The Clerk of Court is DIRECTED to issue the subpoena attached to the Defendant's motion and the United States Marshal is DIRECTED to serve the subpoena. Because the defendant is indigent, costs of the issuance and service of the subpoena shall not be taxed to the Defendant.

SO ORDERED.

This the 23rd day of April, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge